SHANKLE v. SHANKLE

No. 45 PC.

Case below: 26 N.C. App. 565.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975.

STATE v. DAVIS

No. 64 PC.

Case below: 26 N.C. App. 696.

Petition by Defendant Davis for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975.

STATE v. FINK

No. 23 PC.

Case below: 26 N.C. App. 430.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975.

STATE v. HELMS

No. 39 PC.

Case below: 26 N.C. App. 601.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975. Motion of Attorney General to dismiss for lack of substantial constitutional question allowed 7 October 1975.

STATE v. LANEY

No. 40 PC.

Case below: 26 N.C. App. 513.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 October 1975.